# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON LAUBACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-1294-F |
| | ) |
| JOSEPH SCIBANA, WARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Magistrate Judge Valerie K. Couch's Report and Recommendation of May 16, 2006, is before the court. (Doc. no. 98.) Plaintiff, a prisoner who appears *pro se* in this civil rights action, has objected to the Report. (Doc. no. 113.) The Report recommends that several motions brought by the plaintiff, including plaintiff's requests for entry of default judgment against the Scibana defendants, be denied. (Plaintiff's motions at doc. nos. 51, 52, 74.)

As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the record, and the relevant authorities, the court finds that no purpose would be served by any further analysis here. The court further finds and concludes that the Report and Recommendation of Magistrate Judge Couch should be, and hereby is, **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety.

Accordingly, plaintiff's motion for default judgment (doc. no. 51), request for entry of default (doc. no. 52), and motion and memorandum of law to enter default and vacate defendants' motions and orders of the court pertaining thereto (doc. no. 74), are each **DENIED**.

-2-

This action remains referred to the magistrate judge.

Dated this 8th day of June, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1294p002(pub).wpd